**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **AIR CARE TECHNOLOGIES, LLC,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:23-cv-000409** |
| | § | |
| **SAIA MOTOR FREIGHT LINE LLC** | § | |
| **D/B/A SAIA LTL FREIGHT,** | § | |
| *Defendant.* | § | |

## PLAINTIFF'S SECOND AMENDED COMPLAINT

NOW COMES Plaintiff, Air Care Technology, LLC, complaining of Defendant, SAIA Motor Freight Line, LLC d/b/a SAIA LTL Freight, and for cause of action would show the Court the following:

### I.
### PARTIES

1.     Plaintiff, Air Care Technologies, LLC ("Air Care"), is a Texas limited liability company having a business address of 4142 FM 660, Ferris, Texas 75125.

2.     Defendant, SAIA Motor Freight Line, LLC d/b/a SAIA LTL Freight ("SAIA") is a foreign corporation doing business in Texas and may be served with process through its registered agent, CT Corporation System, at its registered address of 1999 Bryan St., Ste. 900, Dallas, Texas 75201. SAIA was previously served with process in this suit and removed it to federal court.

### II.
### JURISDICTION AND VENUE

3.     This Court has jurisdiction over this controversy pursuant to 49 U.S.C.A. § 14706(d) because SAIA is a motor carrier and because SAIA operates in Texas.

4.      Venue is proper in this Court pursuant to 28 U.S.C.A. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

**III.**
**FACTS**

5.      SAIA is a motor transportation carrier that conducts business throughout the United States.

6.      In October 2021, SAIA was engaged to deliver certain materials (the "Freight") to one of Air Care's customers (the "Customer").  SAIA was advised that the Freight had to be delivered to the Customer by a specific date and time.

7.      The Freight was undamaged when it was picked up from Plaintiff's premises.

8.       During the process of shipping, SAIA lost the Freight.  SAIA eventually located the Freight and delivered it to the Customer after the specified date and time.

9.      Upon inspection, the Customer found the Freight had been damaged.

10.     The Customer refused to accept delivery of the Freight because it was late and because the Freight had been damaged during shipment.

11.     The Freight was returned to Air Care on or about November 30, 2021.

12.     Air Care filed a claim for loss with SAIA within nine months of delivery.  Air Care's claim was assigned claim number 2237922.

13.     Air Care received a letter from SAIA dated February 11, 2022 informing Air Care that claim number of 2237922 had been denied.

14.     Air Care filed suit against SAIA on November 15, 2022 in the Justice Court, Precinct 1, of Ellis County, Texas to recover its losses relating to the damaged Freight.

15.     SAIA removed this suit to federal court based on the Carmack Amendment.

2

**IV.**
**CAUSE OF ACTION – 49 U.S.C.A. §14706 et seq.**

16.    SAIA is a motor carrier under the meaning of 49 U.S.C.A. §14706 et seq. Specifically, SAIA is an interstate carrier and subject to the Department of Transportation's authority.

17.    The Freight was in good condition when it was released for shipping by Air Care.

18.    The Freight arrived at its point of destination with the Customer in a damaged condition.

19.    The Freight was damaged during shipping while in SAIA's care.

20.    The damage to the freight was not caused by an act of God, of a public enemy, of Air Care, of a public authority, or by the inherent nature of the goods.

**V.**
**ATTORNEYS' FEES**

21.    Air Care retained the undersigned attorneys to prosecute this lawsuit. Air Care has incurred and will continue to incur attorneys' fees, which are recoverable pursuant to applicable statutory and regulatory provisions, including 49 U.S.C. §14708

**VI.**
**DAMAGES**

22.    As a direct and proximate result of SAIA's conduct, Air Care has suffered and will continue to suffer damages.  Therefore, Air Care seeks to recover the following damages:

a)    Actual damages of $10,367.75;

b)    All taxable costs of Court;

c)    Reasonable and necessary attorneys' fees;

e)    Consequential damages; and

f)    Pre-judgment and post-judgment interest.

## VII.
## PRAYER

Air Care respectfully prays the Court to, upon trial or final hearing of this case, grant judgment in favor of Air Care and against SAIA for award to Air Care the damages described herein, and for such other and further relief to which Air Care may be justly entitled at law or in equity.

Respectfully submitted,

MCDONNELL COATES, LLP
215 W. 2nd St.
Waxahachie, TX 75165
Tel: 972.923.2881
Fax: 972.937.3415

By: */s/ Kevin J. McDonnell*
    Kevin J. McDonnell
    Texas Bar No: 240303762
    Email: kmcdonnell@simplified.services
    ATTORNEY FOR PLAINTIFF
    Air Care Technology, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2023, a true and correct copy of the foregoing document was served on all counsel of record through filing and service on the court's ECF system.

*/s/ Kevin J. McDonnell*
Kevin J. McDonnell